IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHNATHAN C. HILL                                                                      PLAINTIFF

NO. 3:19cv76-DMB--JMV

COMMISSIONER OF SOCIAL SECURITY                                        DEFENDANT

## ORDER

Upon further review of the record of this *pro se, in forma pauperis* case, it is

**ORDERED:**

1. That the Clerk shall issue process for the defendant named in the complaint.

2. That the United States Marshal shall serve the summons and complaint pursuant to 28 U.S.C. §1915.

**THIS,** the 12th day of July, 2019.

> /s/ Jane M. Virden
> U. S. MAGISTRATE JUDGE