# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOHNATHAN C. HILL**                                                       **PLAINTIFF**

**NO. 3:19cv76-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

## **ORDER**

**BEFORE THE COURT** are Plaintiff's motion [27] for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's response [28]. Having considered the motion and the applicable law—and hearing no objection from Defendant regarding the amount of the award sought—the Court finds the amount requested is reasonable. Accordingly, it is, hereby, ORDERED that Plaintiff's motion for attorney fees under the Equal Access to Justice Act is GRANTED, and Plaintiff is awarded $7,368.23 in attorney fees. Consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010), however, the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

SO ORDERED this 22nd day of September, 2020.

/s/ Jane M. Virden
United States Magistrate Judge